No. 71–5865.   Young v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 71–5867.   Lewis v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 71–5868.   Halprin v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 71–5869.   Daniel v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 71–5870.   MacCollom v. Rollins et al.   C. A. 10th Cir.   Certiorari denied.

No. 71–5871.   Wing v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 71–5873.   Love et al. v. Virginia et al.   C. A. 4th Cir.   Certiorari denied.

No. 71–5878.   Kent v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 71–5879.   Luckett v. United States.   C. A. D. C. Cir.   Certiorari denied.

No. 71–5880.   Ferenc v. Johnson, Penitentiary Superintendent.   C. A. 3d Cir.   Certiorari denied.

No. 71–5882.   Bronson v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 71–5883.   Bible v. Arizona et al.   C. A. 9th Cir.   Certiorari denied.

No. 71–5885.   Iannarelli v. Morton, Secretary of the Interior, et al.   C. A. 3d Cir.   Certiorari denied.

No. 71–5889.   Denman et al. v. Scannell et al.   C. A. 1st Cir.   Certiorari denied.